DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK HALPER,**
Appellant,

v.

**GLADYS PASSES** and **GERSON FIELD,** Individually and as Trustee(s) of
the Gladys Passes Revocable Trust,
Appellees.

No. 4D18-2440

[July 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 17-014887 (09).

Mark Halper, Telluride, Colorado, pro se.

Diran V. Seropian and Brian N. Heffner of Shendell & Pollock, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and NUTT, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***